IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff, | **CIVIL ACTION** |
| v. | |
| **CAROLYN ALSBROOK,**  Defendant. | **NO.  20-526** |

**O R D E R**

**AND NOW**, this 22nd day of April, 2020, upon consideration of letter/request from plaintiff's counsel requesting a "deferred status" of the case because of COVID-19 related delays and so as to enable the parties additional time to engage in settlement discussions,[1] there being no objection and good cause appearing, **IT IS ORDERED** that plaintiff counsel's request is **GRANTED** as follows:

1.  All proceedings are **STAYED** until further order of the Court; and,

2.  On or before June 22, 2020, counsel for plaintiff and *pro se* defendant, Carolyn Alsbrook, shall submit a joint status report with respect to settlement and the scheduling of further proceedings.

                                    **BY THE COURT:**

                                    **/s/ Hon. Jan E. DuBois**
                                    _____
                                    **DuBOIS, JAN E., J.**

---

[1] [1] A copy of the letter from plaintiff's counsel dated April 22, 2020 shall be docketed by the Deputy Clerk.