# KML LAW GROUP, P.C.

ATTORNEYS AT LAW
_____

SUITE 5000
BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA, PENNSYLVANIA  19106-1532
(215) 627-1322
(866) 413-2311
FAX (215) 627-7734

WWW.KMLLAWGROUP.COM

April 22, 2020

*Sent via electronic mail*
The Honorable Jan E. DuBois
United States District Court
Eastern District of Pennsylvania
601 Market St, Room 12613
Philadelphia, Pennsylvania 19106

RE:   United States of America vs. Carolyn Alsbrook
      Civil Case No. 20-00526

Dear Judge DuBois:

    Pursuant to your letter request from April 14, 2020, Plaintiff's counsel has requested that this matter be placed in a deferred status as our collection efforts have been placed on hold pending the pandemic emergency pursuant to our client's request.  If your Honor prefers not to place this in a formal deferment status but will allow Plaintiff to not proceed with a Motion for Default Judgment, Plaintiff has no objection.

    I discussed my initial request with Ms. Alsbrook last week, and she has no objection to this case being placed in such a deferred status or any hold on Plaintiff's actions in proceeding.  We are also discussing potential resolutions of this action as well.

    Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

/s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esq.
rsolarz@kmllawgroup.com

cc:   Carolyn Alsbrook