# KML LAW GROUP, P.C.

ATTORNEYS AT LAW
_____

SUITE 5000
BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA, PENNSYLVANIA  19106-1532
(215) 627-1322
(866) 413-2311
FAX (215) 627-7734

**WWW.KMLLAWGROUP.COM**

June 22, 2020

The Honorable Jan E. DuBois
United States District Court
Eastern District of Pennsylvania
601 Market St, Room 12613
Philadelphia, Pennsylvania 19106

RE:   United States of America vs. Carolyn Alsbrook
      Civil Case No. 20-00526

Dear Judge DuBois:

Please accept this status report in response to your Order dated April 22, 2020 requesting a joint status report with respect to settlement and the scheduling of further proceedings.

Ms. Alsbrook and I are still working towards a possible settlement of this matter.  I spoke with her on Friday, June 19, 2020, and we agree that this case should be able to be resolved.

Additionally, I am requesting that this case remain stayed through August 1, 2020.  My client has recently requested that we continue to place this matter on hold due to the ongoing pandemic emergency.  Ms. Alsbrook is agreeable to this request.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

/s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esq.
rsolarz@kmllawgroup.com


cc:    Carolyn Alsbrook