IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| CAROLYN ALSBROOK,<br>　　　　Defendant. | NO.  20-526 |

**O R D E R**

**AND NOW**, this 26th day of June, 2020, upon consideration of letter/request from plaintiff's counsel requesting that the case remain stayed until August 1, 2020, so as to enable the parties additional time to engage in settlement discussions,[1] there being no objection and good cause appearing, **IT IS ORDERED** that plaintiff counsel's request is **GRANTED**, as follows:

　　1.　　All proceedings are **STAYED** until August 1, 2020; and,

　　2.　　On or before August 1, 2020, counsel for plaintiff and *pro se* defendant, Carolyn Alsbrook, shall submit a joint status report with respect to settlement and the scheduling of further proceedings.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.

---

[1] A copy of the letter from plaintiff's counsel dated June 22, 2020 shall be docketed by the Deputy Clerk.