# KML LAW GROUP, P.C.

ATTORNEYS AT LAW
_____

SUITE 5000
BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA, PENNSYLVANIA  19106-1532
(215) 627-1322
(866) 413-2311
FAX (215) 627-7734

**WWW.KMLLAWGROUP.COM**

July 28, 2020

The Honorable Jan E. DuBois
United States District Court
Eastern District of Pennsylvania
601 Market St, Room 12613
Philadelphia, Pennsylvania 19106

RE:    United States of America vs. Carolyn Alsbrook
           Civil Case No. 20-00526

Dear Judge DuBois:

      Please accept this status report in response to your Order dated June 26, 2020 requesting a joint status report with respect to settlement and the scheduling of further proceedings.

      Ms. Alsbrook and I have been able to resolve this matter as indicated in the Consent Judgment filed today.  Therefore, I respectfully request that this matter no longer be stayed and the Consent Judgment entered.

      Your Honor's consideration in this matter is greatly appreciated.

                      Respectfully yours,

                      KML LAW GROUP, P.C.

                      /s/Rebecca A. Solarz, Esq.
                      Rebecca A. Solarz, Esq.
                      rsolarz@kmllawgroup.com

cc:    Carolyn Alsbrook