IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>  **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **CAROLYN ALSBROOK,**<br>  **Defendant.** | **NO.  20-526** |

**O R D E R**

**AND NOW**, this 28th day of July, 2020, upon consideration of letter from plaintiff's counsel which reports that the parties have been able to resolve this matter,[1] the Court by Order dated June 26, 2020, having stayed all proceedings until August 1, 2020, **IT IS ORDERED** that the stay imposed by Order dated June 26, 2020, is **LIFTED**.

BY THE COURT:

Jan E. DuBois
**DuBOIS, JAN E., J.**

---

[1] A copy of the letter from plaintiff's counsel dated July 28, 2020 shall be docketed by the Deputy Clerk.