## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>vs.<br><br>CAROLYN ALSBROOK<br><br>    Defendant | CIVIL NO. 20-00526 |

### CONSENT JUDGMENT

AND NOW, this __28th__ day of _____July_____, 2020, after consideration of the Stipulation to Enter Consent Judgment as agreed to by the parties it is hereby

ORDERED, ADJUDGED and DECREED

that Judgment is entered in favor of the United States of America and against Carolyn Alsbrook, as follows:

| | |
|---|---|
| Principal | $5,503.84 |
| Interest at the rate of 10.13% | $124.49 |
| Total Due | $5,628.33 |

with interest thereafter at the legal rate.

BY THE COURT:

/s/ Hon. Jan E. DuBois
**United States District Court Judge**

